

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In the matter of the Expunction
of J.L.M.

\* From the 142nd District Court
of Midland County
Trial Court No. CV53260.

No. 11-17-00334-CV

\* May 9, 2019

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J., sitting
by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.